# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| LEELLIS EDWARDS, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. CIV-06-1073-F |
| | ) | |
| STEPHENS COUNTY, *et al.*, | ) | |
| Defendants. | ) | |

## REPORT AND RECOMMENDATION

Plaintiff, appearing *pro se*, has submitted to this Court for filing a civil rights complaint pursuant to 42 U.S.C. §1983 alleging violations of his constitutional rights. At the time this action began, Plaintiff was incarcerated at the Stephens County Jail. Plaintiff filed a motion for leave to proceed *in forma pauperis* while he was incarcerated. On October 3, 2006, the Court granted Plaintiff *in forma pauperis* status and permitted him to proceed in this action without full prepayment of the filing fee; however, Plaintiff was ordered to make monthly payments of 20 percent of the preceding month's income credited to his prison account until he has paid the total filing fee of $350. To date, Plaintiff has not made any payments.

On March 28, 2007, mail addressed to Plaintiff was returned to this Court with the notation "Return to Sender - Released" written on the envelope. On April 2, 2007, this Court entered an Order directing Plaintiff to submit a supplemental motion for leave to proceed *in forma pauperis*[1] updating all of the information provided by Plaintiff in his earlier motion for

---

[1]The Prison Litigation Reform Act's requirements, involving partial payments, continue to apply even after an inmate has been released. *See Gay v. Texas Department of Corrections State Jail Div.*, 117 F.3d 240,242 (5th Cir. 1997); *In re Peter C. Smith*, 114 F.3d 1247,1249 (D.C. Cir. 1997).

*in forma pauperis* status. As of this date, Plaintiff has not filed a supplemental motion for leave to proceed *in forma pauperis* or requested an extension of time to do so, and has not supplied the Court with a Notice of Change of Address. Under these circumstances, the action should be dismissed without prejudice pursuant to LCvR 3.2, 3.3 and 3.4.

## NOTICE OF RIGHT TO OBJECT

Plaintiff is advised of his right to object to this Report and Recommendation. *See* 28 U.S.C. § 636. Any objections must be filed with the Clerk of the District Court by May  22nd , 2007. *See* LCvR72.1. Plaintiff is further advised that failure to make timely objection to this Report and Recommendation waives his right to appellate review of the factual and legal issues addressed herein. *Moore v. United States*, 950 F.2d 656 (10th Cir. 1991).

## STATUS OF REFERRAL

This Report and Recommendation disposes of all issues referred by the District Judge in this matter.

ENTERED this  2nd  day of May, 2007.

_____
VALERIE K. COUCH
UNITED STATES MAGISTRATE JUDGE