IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LEELLIS EDWARDS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. CIV-06-1073-F |
| | ) |
| STEPHENS COUNTY, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

The Report and Recommendation of Magistrate Judge Valerie K. Couch is before the court. (Doc. no. 28.) Plaintiff appears *pro se*, and his pleadings are liberally construed.

The Report recommends that this action be dismissed without prejudice under LCvR 3.2, 3.3 and 3.4. The Report states that plaintiff was allowed to proceed *in forma pauperis* but ordered to make monthly payments from his prison account until he had paid the total filing fee, but that to date, plaintiff has made no payments. The Report also states that plaintiff failed to comply with an order directing plaintiff to submit a supplemental motion for leave to proceed *in forma pauperis*. The Report further states that plaintiff has failed to keep the court apprised of plaintiff's address, and that mail has come back with the notation "Return to Sender - Released."

The Report advises that any objections must be filed by May 22, 2007, and that failure to make timely objection to the Report waives plaintiff's right to appellate review of the factual and legal issues contained in the Report. No objection has been filed, and no request for an extension of time within which to object has been filed.

After review of all issues covered in the Report, and there being no objection to the Report, and finding that no further analysis is necessary, Magistrate Judge

Valerie K. Couch's Report and Recommendation is hereby **ACCEPTED**, **ADOPTED**, and **AFFIRMED**. This action is dismissed without prejudice in accordance with the recommendations contained in the magistrate judge's Report.

Dated this 7th day of June, 2007.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE


06-1073p002(pub).wpd